**Manuel Ortiz GARCIA, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 9695.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1941.

Manuel Ortiz Garcia, in propria persona, for appellant.

Lawrence S. Camp, U. S. Atty. and Harvey H. Tysinger and John J. Flynt, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Raymond K. HARMON, Appellant, v. UNITED STATES of America, Appellee.**

No. 8961.

Circuit Court of Appeals, Sixth Circuit.

May 7, 1941.

Frank P. Bowen, of Knoxville, Tenn., and Milligan & Haynes, of Greeneville, Tenn., for appellant.

James B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., and Richard N. Ivins, of Chattanooga, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The appeal herein having been abandoned, as appears from the motion of appellee to docket and dismiss, on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.

**KNOXVILLE GRAY EAGLE MARBLE CO., Formerly Knoxville Marble Co., a Corporation, Appellant, v. UNITED STATES of America, Appellee.**

No. 8969.

Circuit Court of Appeals, Sixth Circuit.

May 15, 1941.

George E. H. Goodner, of Washington, D.C., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

By written agreement of counsel filed herein, it is now ordered that this appeal be and the same is hereby docketed and dismissed.

**Jean MARCEL, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 9703.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1941.

Jean Marcel, in propria persona, for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and John J. Flynt, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.